**DISMISS; and Opinion Filed July 31, 2015.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-15-00243-CV**

### IN THE INTEREST OF B.W.S., A CHILD

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-56023-2013**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Lang-Miers

The clerk's record was due on May 6, 2015. On May 6, 2015, we notified appellant that the Collin County District Clerk had informed us no payment had been made for the clerk's record. We directed appellant to file, within ten days, written verification that she had either paid or made payment arrangements for the clerk's record or that she was entitled to proceed without payment for the record. We warned that failure to do so would result in dismissal of the appeal. Appellant has not responded, nor has the clerk's record been filed. Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(a).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

150243F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF B.W.S., A CHILD

No. 05-15-00243-CV

On Appeal from the 219th Judicial District Court, Collin County, Texas
Trial Court Cause No. 219-56023-2013.
Opinion delivered by Justice Lang-Miers, Justices Francis and Whitehill participating.


In accordance with this Court's opinion of this date, we **DISMISS** the appeal for want of prosecution. We **ORDER** that appellee Steven M. Storms recover his costs of this appeal, if any, from appellant Diana Perlmutter.


Judgment entered this 31st day of July, 2015.